JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| UNITED STATES OF AMERICA, | ) NO. CR08-5853BHS |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER EXTENDING TIME TO FILE OPENING BRIEF |
| TIMOTHY M. ALLEN, | ) |
| Defendant. | ) |

Based on the unopposed motion of the parties to extend the time to file the opening brief in this matter, the Court finds that such an extension would serve the ends of justice, therefore,

Taking into account the exercise of due diligence, an extension of the deadline to file the Opening Brief in this matter is necessary to allow the defendant the reasonable time to research all relevant issues and defenses applicable to the case and for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for the filing of the Opening Brief in this matter be extended from August 26, 2009, to September 9, 2009.

//

//

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

Plaintiff-Appellee's answering brief shall be due on September 23, 2009.

Any reply by defendant-appellant shall be due on September 30, 2009.

DONE this 19th day of August, 2009.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

Presented by:

*/s/ Linda R. Sullivan*
Linda R. Sullivan
Attorney for Defendant

ORDER EXTENDING TIME
TO FILE OPENING BRIEF − 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**